TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN


═══════════════
NO. 03-06-00059-CV
═══════════════


Oscar Snowden’s, Inc., Appellant

v.

Cousins Properties Texas LP; Cousins Stone, Inc.; Cousins Texas GP, Inc.; Empire
Roofing of Austin, Inc. and Tom Stacy and Associates, Appellees


═════════════════════════════════════════════════════════════════
FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT
NO. GN301423, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING
═════════════════════════════════════════════════════════════════

O R D E R

                        Appellant Oscar Snowden’s, Inc., filed a motion to extend post-judgment deadlines,
claiming he did not receive notice or have actual knowledge of the final judgment entered in this
cause on December 20, 2005. He asserts that he did not receive notice until January 23, 2006. At
a hearing on February 14, 2006, the district court found that appellant received actual notice of the
agreed final judgment on December 20, 2005, and further denied appellant’s motion to extend post-judgment deadlines. Based on the record before us, we deny appellant’s motion to extend post-judgment deadlines.
 
                                                                        __________________________________________
                                                                        Jan P. Patterson, Justice
Before Chief Justice Law, Justices Patterson and Pemberton
Filed: March 17, 2006